IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-mj-07143-DBS-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES L. DICKEY,

        Defendant.

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

       IT IS ORDERED that Defendant, JAMES L. DICKEY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, at the Federal Medical Center, 2110 E. Center Street, Rochester, Minnesota, on August 9, 2006, by noon, and will travel at his own expense.

       DATED at Colorado Springs, Colorado, this 24TH day of July 2006.

                                BY THE COURT:

                                s/ Daniel B. Sparr
                                _____
                                DANIEL B. SPARR
                                Senior United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**U.S. v. JAMES L. DICKEY**
Criminal Case No. 05-mj-07143-DBS-01

**CERTIFICATE OF MAILING/DELIVERY**

     I hereby certify that a copy of the Order to Surrender in Lieu of Transportation by the United States Marshal signed on _____, was delivered/mailed to the following on _____:

Mark S. Hanchey
Attorney at Law
429 S. Cascade Avenue
Colorado Springs, CO 80903
Mailed

Federal Medical Center
2110 E. Center Street
P.O. Box 4600
Rochester, MN  55903-4600
Mailed

Clay A. Compton
Office of the Staff Judge Advocate
7086 Albanese Loop
Fort Carson, CO 80913
Mailed

U.S. Marshal
Colorado Springs, CO
Delivered

James Dickey
1056 Red Brooke Drive
Colorado Springs, CO 80911
Mailed

                                          FREDERICK G. BACH
                                          CHIEF PROBATION OFFICER

                              By:  _____
                                          Pamela S. Hartman
                                          Support Specialist