# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-mj-07143-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES DICKEY,

    Defendant.

---

## ORDER WAIVING BALANCE OF COMMUNITY SERVICE HOURS

---

This matter is before the Court upon the report of the probation officer that defendant has significant health issues that would impair his ability to complete the remaining balance of 94 hours of community service as previously ordered by the Court on June 7, 2006. Accordingly, it is

**ORDERED** that the remaining balance of 94 hours of community service be waived.

DATED at Colorado Springs, Colorado, this ____ day of April, 2008.

BY THE COURT:

_____
Craig B. Shaffer
United States Magistrate Judge